| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Hospitality at York, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known) | 1:25-bk-00938 |

■ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|     |     |     | **Amount of claim** |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**AHP Law Group LLC**<br>**1628 JFK Boulevard**<br>**Philadelphia, PA 19103**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Estimated legal fees**<br>Is the claim subject to offset? ■ No   ☐ Yes | **$5,000.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**CIGNA Insurnace**<br>**PO Box 644546**<br>**Pittsburgh, PA 15264**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Premiums for March 2025 and April 2025**<br>Is the claim subject to offset? ■ No   ☐ Yes | **$1,300.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Columbia Gas of Pennsylvania**<br>**PO Box 70285**<br>**Philadelphia, PA 19176**<br>Date(s) debt was incurred **2/24-4/7**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Estimated usage**<br>Is the claim subject to offset? ■ No   ☐ Yes | **$6,500.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Connor Strong and Buckelew**<br>**TRIAD1828 CENTRE**<br>**2 Cooper Street**<br>**Camden, NJ 08102**<br>Date(s) debt was incurred **2/24-4/7**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Property Insurance ($3736), General Liability ($2768), W/C ($2666)**<br>Is the claim subject to offset? ■ No   ☐ Yes | **$9,170.00** |

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**County of York**<br>**One West Marketway**<br>**4th Floor**<br>**York, PA 17401**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No    ☐ Yes | **$8,313.30** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Deluxe Branded Marketing**<br>**PO Box 645633**<br>**Cincinnati, OH 45264**<br><br>Date(s) debt was incurred **3/2025**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Key cards**<br><br>Is the claim subject to offset? ■ No    ☐ Yes | **$193.34** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Ellis Coffee Co**<br>**2835 Bridge Street**<br>**Philadelphia, PA 19137**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No    ☐ Yes | **$712.56** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**F&M Building Services**<br>**1628 JFK Boulevard Suite 2300**<br>**Philadelphia, PA 19103**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Site Inspection Report**<br><br>Is the claim subject to offset? ■ No    ☐ Yes | **$3,000.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**GL Kreiner, Inc.**<br>**223 W Jackson Street**<br>**Spring Grove, PA 17362**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No    ☐ Yes | **$8,103.01** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Heather Wheeler**<br>**c/o Holiday Inn Express York**<br>**18 Cinema Drive**<br>**York, PA 17402**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Exp report GM Hotel Supplies Breakfast Items**<br><br>Is the claim subject to offset? ■ No    ☐ Yes | **$1,837.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Intercontinental Hotel Group**<br>**Three Ravinia Drive**<br>**Suite 100**<br>**Atlanta, GA 30346**<br><br>Date(s) debt was incurred **2/24-4/7**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Estimated charges**<br><br>Is the claim subject to offset? ■ No    ☐ Yes | **$25,276.00** |

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Kalibri Labs**<br>**PO Box 59655**<br>**Potomac, MD 20859**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$2,400.00** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Koddi, Inc.**<br>**2845 W 7th Street**<br>**Fort Worth, TX 76107**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$1,000.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**LMD Associates**<br>**1628 JFK Boulevard**<br>**Philadelphia, PA 19103**<br><br>Date(s) debt was incurred  **4/1-4/7**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Technology Services ($370), Business Operations ($26.95), M3 Accounting ($346.50)**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$743.45** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Met-Ed**<br>**PO Box 371422**<br>**Pittsburgh, PA 15250**<br><br>Date(s) debt was incurred  **2/24-4/7**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Estimated Electricity**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$7,500.00** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**PA Department of Revenue**<br>**Bureau of Compliance Lien Section**<br>**PO Box 280948**<br>**Harrisburg, PA 17128-0948**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$10,968.73** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Revmax**<br>**8 Penn Center**<br>**1628 JFK Boulevard 23rd Floor**<br>**Philadelphia, PA 19103**<br><br>Date(s) debt was incurred  **4/1-4/7**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Revenue System**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$443.10** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**RPM Signs and Lighting**<br>**631 South 17th Street**<br>**Harrisburg, PA 17104**<br><br>Date(s) debt was incurred  **1/25**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Janitorial Services**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$2,987.12** |

| | | | |
|---|---|---|---|
| Debtor | **Hospitality at York, LLC**<br>Name | Case number (if known) | 1:25-bk-00938 |

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Sysco**<br>**3905 Corey Road**<br>**Harrisburg, PA 17109**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $2,875.45 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Traveling Teams**<br>**PO Box 771954**<br>**Detroit, MI 48277**<br><br>Date(s) debt was incurred **2025**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $55.72 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**YNPA Associates LLC**<br>**1628 JFK Boulevard, Ste 2300**<br>**Philadelphia, PA 19103**<br><br>Date(s) debt was incurred **4/1-4/7**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services ($1450), Management and Transition Fees ($14,544.65)**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $15,994.65 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**York County Sewer Authority**<br>**44 Walnut Springs Road**<br>**York, PA 17406**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $588.42 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**York Water Co.**<br>**130 E. Market Street**<br>**PO Box 3009**<br>**York, PA 17401**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $588.42 |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 115,550.27 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 115,550.27 |

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  **Hospitality at York, LLC**                                      Case No.  **1:25-bk-00938**
                                    Debtor(s)                            Chapter   **11**

# AMENDED AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule F**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:  **All unsecured creditors on this amendment have been added.**

Date:  **April 24, 2025**

**/s/ Lawrence V. Young**
**Lawrence V. Young 21009**
Attorney for Debtor(s)
**CGA Law Firm**
**135 North George Street**
**York, PA 17401**
**717-848-4900 Fax:717-843-9039**
**lyoung@cgalaw.com**